

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kay Brooke-Willbanks,

\* From the 118th District Court
of Howard County,
Trial Court No. 53258-A.

Vs. No. 11-21-00105-CV

\* January 12, 2023

Flatland Mineral Fund, LP;
Flatland Sidecar, LLC; and
Expedition Royalty Company, LLC,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and rendered in part, and reversed and remanded in part. We render judgment for Kay Brooke-Willbanks that the outstanding NPRIs in the chain of title proportionately burdened her mineral interest and the mineral interest of Flatland Mineral Fund, LP and Flatland Sidecar, LLC (collectively Flatland). The judgment of the trial court is also reversed insofar as it awarded damages to Flatland for money had and received, and the cause is remanded to the trial court for reconsideration of the damages asserted by Flatland on its claim for money had and received. The costs incurred by reason of this appeal are taxed one-third against Flatland Mineral Fund, LP; one-third against Flatland Sidecar, LLC; and one-third against Expedition Royalty Company, LLC.